No. 11–6895.  VALENZUELA v. MARICOPA COUNTY SHERIFF'S DEPARTMENT ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–6896.  WILSON v. EPPS, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 11–6899.  ESMAEL v. UNITED KINGDOM SECRET INTELLIGENCE SERVICE ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 11–6901.  HUBBARD v. RIVARD, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 11–6903.  DOHNAL v. TEXAS.  Ct. App. Tex., 11th Dist.  Certiorari denied.

No. 11–6904.  CABRERA v. MCCALL, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 11–6905.  EVANS v. KIRKPATRICK, SUPERINTENDENT, WENDE CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 11–6918.  VALDEZ v. MILYARD, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 11–6919.  WALKER v. CLARK, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 11–6923.  BARTEE v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 11–6934.  PHILLIPS v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 11–6935.  MATTHEWS v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

